**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7178**

———————

DOSSIE FAISON, JR.,

Plaintiff - Appellant,

versus

LIEUTENANT SHELTON; L. MULLINS; L. FLEMINGS,
Captain; WARDEN TRUE; R. A. YOUNG, Regional
Director; JOHN DOES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-01-292-7)

———————

Submitted: November 29, 2001          Decided: December 6, 2001

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Dossie Faison, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In this civil action under 42 U.S.C.A. § 1983 (West Supp. 2001), Dossie Faison, Jr., appeals the district court's order dismissing several of Faison's claims under 28 U.S.C.A. § 1915A(b)(1) (West Supp. 2001). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2